IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICIDA STOCKHOLDER DERIVATIVE LITIGATION | : : : : : | Master File No.. 21-205-RGA Consolidated |

**O R D E R**

WHEREAS, the above-captioned case was stayed on October 12, 2021, due to litigation that is presently pending before the United States District Court for the Northern District of California (see D.I. 14);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

10/12/2021
DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE